

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 7, 2008

**BY HAND**
Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
New York, NY 10007



Re:   Sealed Indictment 07 Cr. 1125

Dear Magistrate Judge Fox:

The Government respectfully requests that the above-referenced indictment be unsealed so that it can be provided to the charged defendants. Six of the twelve charged defendants will be presented in this district today, having been arrested this morning. Other defendants were arrested in other part of the United States.

Respectfully submitted,

MICHAEL J. GARCIA
UNITED STATES ATTORNEY

By: _____
Arlo Devlin-Brown
Assistant United States Attorney

SO ORDERED: _Kevin Nathaniel Fox_
Kevin N. Fox
United States Magistrate Judge

DATED: 1\7\08