**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA
against

_Andrew FARRO_

(Alias) _Dukie_

_____

Please PRINT Clearly

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

JAN 07 2008

07 CR 1125 (GBD)

DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF**
**APPEARANCE**

TO:   **CLERK OF COURT S.D.N.Y.**

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

   1. [  ] CJA   2. [✓] RETAINED   3. [  ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [  ] NO   [✓] YES - IF YES GIVE YOUR DATE OF
                                                         ADMISSION. MO._____ YR. _2000_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

1/7/08

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

_John J. Bruno_
Attorney for Defendant

_Bruno + Ferraro_
Firm name if any

_261 Park Avenue_
Street address

_Rutherford_          _NJ_          _07070_
City                  State          Zip

_201 460 7994_
Telephone No

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186